UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 99bk23417 |
| | ) | |
| Joseph Fitzgerald, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO FOX SWIBEL LEVIN & CARROLL LLP, ATTORNEYS FOR CHAPTER 7
TRUSTEE, FOR ALLOWANCE AND PAYMENT OF <u>FINAL</u> COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 15,887.00 | TOTAL COSTS REQUESTED: | $ 191.13 |
| TOTAL FEES REDUCED: | $ 1,050.15 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 14,836.85 | TOTAL COSTS ALLOWED: | $ 191.13 |

TOTAL FEES AND COSTS ALLOWED: $15,027.98

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     <u>Lumping – TOTAL of disallowed amounts (10% of affected entries): $707.50</u>

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(2)     <u>Unreasonable Time – TOTAL of disallowed amounts: $ 342.65</u>

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (Squires, J.) (compensation limited to 5%); *see also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (*citing Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in nonbankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)). However, for applications for compensation that request total fees of $10,000.00 or less, this Court will allow compensation for the time devoted to the preparation of the fee application itself in the following manner: For the first $5,000.00 of total compensation requested, this Court will limit time devoted to preparation of the fee application to 10% of total compensation requested and will allow 5% of additional total compensation requested for time devoted to preparation of the fee application.

Dated: March 24, 2026

_____

Timothy A. Barnes, Judge
United States Bankruptcy Court

# FOX SWIBEL

## Fox Swibel Levin & Carroll LLP

| EXHIBIT |
| :---: |
| **B-1** |

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

September 26, 2025

NNR as Trustee, re Joseph Fitzgerald (Case No. 99-23417)

Invoice: 157957
File Number: 09327-002
Billed Through: 09/26/2025

## NNR as Trustee – FITZGERALD/General Case Administration

### *PROFESSIONAL SERVICES*

| Date | Initials | Description | Hours/Rate | Amount | |
|---|---|---|---|---|---|
| 01/31/2025 | JDV | Drafted motion to approve settlement and related papers | 6.30 hrs @515.00/hr | 3,244.50 | (1) |
| 02/21/2025 | JDV | Prepared motion to approve settlement agreement and employ and pay special counsel. | 3.80 hrs @515.00/hr | 1,957.00 | (1) |
| 03/12/2025 | JDV | Revised motions for approval of settlement agreement and employment of special counsel and prepared same for filing. | 2.80 hrs @515.00/hr | 1,442.00 | (1) |
| 03/13/2025 | BMH | Finalize motion to employ FSLC and Motion to approve settlement, filed same with court, mail copies to service list and docket same | 1.40 hrs @305.00/hr | 427.00 | (1) |
| 04/08/2025 | JDV | Attended court call on motions to approve settlement and professional retention. | 0.80 hrs @515.00/hr | 412.00 | |
| 06/27/2025 | BMH | Drafted retention application and emailed same to J. VanDeventer for review | 0.40 hrs @305.00/hr | 122.00 | |
| 09/05/2025 | BMH | Phone call with E. Anderson re status of FSLC retention application (.4), make edits to application and email same to N. Reid | 0.70 hrs @305.00/hr | 213.50 | |
| 09/09/2025 | BMH | Finalized retention fee app of FSLC and sent to N. Reid for reivew | 0.20 hrs @305.00/hr | 61.00 | |
| 09/10/2025 | BMH | Finalized edits of retention application re FSLC, and filed same with court, served parties and docketed same | 0.40 hrs @305.00/hr | 122.00 | |
| 09/17/2025 | AJK | Appeared for hearing on the motion to employ FSLC as general bankruptcy counsel. | 0.30 hrs @475.00/hr | 142.50 | |
| 09/17/2025 | NNR | emails re: status and strategy to close case | 0.10 hrs @695.00/hr | 69.50 | |

# FOX SWIBEL

## Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

**EXHIBIT**

**B-4**

December 18, 2025

NNR as Trustee, re Joseph Fitzgerald (Case No.
99-23417)

Invoice: 161493

File Number: 09327-013

Billed Through: 12/17/2025

## NNR as Trustee – FITZGERALD/Fee Application

### PROFESSIONAL SERVICES

| Date | ID | Description | Hours | Rate | Amount |
|------|-----|-------------|-------|------|--------|
| 10/02/2025 | BMH | Continued work on first and final fee app | 3.70 hrs | @ 305.00/hr | 1,128.50 |
| 10/13/2025 | NNR | finalize review of fee application for TFR filing | 0.30 hrs | @ 695.00/hr | 208.50 |
| | | **Total Professional Services:** | | | **$1,337.00** (2) |

| ID | Timekeeper Name | Hours | Total Fees |
|-----|-----------------|-------|------------|
| NNR | Reid, Neville N | 0.30 | $208.50 |
| BMH | Henderson, Blair M | 3.70 | $1,128.50 |

### BILL SUMMARY

| | |
|---|---|
| **BALANCE DUE UPON RECEIPT** | **$1,337.00** |

**Please remit within 30 days of receipt. Thank you.**

**For ACH Payment: Huntington Bank, Columbus OH ABA# 044000024 Acct# 01060175149
PLEASE REFERENCE INVOICE NUMBER**